IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZIFF DAVIS, LLC DBA TECH BARGAINS,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-11635 |

## STIPULATION FOR DISMISSAL

Plaintiff, ARNOLD VARGAS, and Defendant, ZIFF DAVIS, LLC DBA TECH BARGAINS, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: December 21, 2020

| | |
|---|---|
| BLOCK & LEVITON LLP | DORSEY & WHITNEY LLP |
| By: _/s/ Jason M. Leviton_<br>Jason M. Leviton, Esq<br>260 Franklin St., Ste 1860<br>Boston, MA 02110<br>Phone: (617) 398-5600<br>jason@blockleviton.com | By: _/s/ Christopher G. Karagheuzoff_<br>Christopher G. Karagheuzoff, Esq.<br>51 West 52nd Street<br>New York, NY 10019<br>Phone: (212) 415-9200<br>karagheuzoff.christopher@dorsey.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on the 21st day of December, 2020, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

*/s/ Jason M. Leviton*
Jason M. Leviton
